# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN  38101-1918

April 28, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    08-10400                Susan Burkart-Jayez

To Whom It May Concern:

Enclosed please find check #**815814** in the amount of **$28.29**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 10 |
| Account# | 1163 |
| Creditor | Spirit of America Nat'l Bank<br>Fashion Bug/First Express<br>POB 856021<br>Louisville, KY 40285 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli